1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  (916) 498-5700

5  Attorney for Defendant
   BRIJIDO HERNANDEZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S. 08-280-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ) | |
| BRIJIDO HERNANDEZ-REYES ) | Date: November 15, 2011 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for BRIJIDO HERNANDEZ-REYES, that the status conference hearing date of October 18, 2011, be vacated, and the matter be set for status conference on November 15, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the proposed plea agreement which was recently received by the government and needs additional time to review the agreement with her client and an interpreter.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 18,

///

///

2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 12, 2011.	Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for BRIJIDO HERNANDEZ-REYES

DATED: October 12, 2011.	BENJAMIN WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 18, 2011, status conference hearing be continued to November 15, 2011, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 15, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 12, 2011.	/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge