BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. No. S-08-280 JAM |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| BRIJIDO HERNANDEZ-REYES, | ) AND EXCLUDING TIME |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

The parties request that the status conference in this case currently scheduled for January 3, 2012 be continued to January 10, 2012 at 9:30 a.m. They stipulate that the time between January 3, 2012 and January 10, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties are in the process of gathering additional facts relevant to sentencing and the anticipated resolution of this case. This continuance is necessary for further work by both parties on this

and other pretrial and trial issues.  The parties stipulate and
agree that the interests of justice served by granting this
continuance outweigh the best interests of the public and the
defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated:  December 14, 2011              Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                       */s/ Michele Beckwith*
                                  By:  Michele Beckwith
                                       Assistant U.S. Attorney

Dated: December 14, 2011


                                       */s/ Courtney D. Fein*
                                       COURTNEY D. FEIN
                                       Attorney for Defendant








////

////

////

////

////

////

////

////

////

////

////

2

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 3, 2012, at 9:30 a.m. be continued to January 10, 2012, at 9:30 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the January 10, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 14, 2011

/s/ John A. Mendez_____
        Hon. John A. Mendez
        U.S. DISTRICT JUDGE